# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1741
Lower Tribunal No. 21-CA-004390

_____

DEANNA B. BARRINGTON and JOHN E. BARRINGTON,

Appellants,

v.

MARSHALL D'SOUZA and LORETTA D'SOUZA,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Deanna B. Barrington and John E. Barrington, Lehigh Acres, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED